FILED
CLERK, U.S. DISTRICT COURT
OCT 20 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Marlo Gomez-Lopez<br><br>    Defendant. | Case No.: CR07-00324-R<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD Cal__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✗) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __no evid. by △; no interview - no res. for bail;__

1 | _nature of charges_
2 |
3 |
4 | and/or
5 | B. (✓) The defendant has not met his/her burden of establishing by
6 |     clear and convincing evidence that he/she is not likely to pose
7 |     a danger to the safety of any other person or the community if
8 |     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 |     on: _no evid by Δ_
10 |
11 |
12 |
13 |
14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated:  10/20/11
18 |
19 |                                    _[signature]_
20 |                                    RALPH ZAREFSKY
                                        UNITED STATES MAGISTRATE JUDGE